UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF MICHIGAN STATE
PAINTERS FUND,

    Plaintiff,

v.

LARGE COMPANY, INC. and
THOMAS P. LARGE,

    Defendants.
_____/

Case No. 1:24-cv-735

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING REPORT AND RECOMMENDATION

On April 15, 2025, Plaintiff filed a Motion for Order to Show Cause. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on May 19, 2025, recommending that this Court grant the motion. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 35) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Order to Show Cause (ECF No. 32) is GRANTED. The Clerk of Court shall enter default against both defendants.

**IT IS FURTHER ORDERED** that, upon entry of default, Plaintiff shall submit documents necessary to obtain a default judgment against the defendants.

Dated: June 10, 2025

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge