UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF MICHIGAN STATE
PAINTERS FUND,

    Plaintiff,

v.

LARGE COMPANY, INC., et al.,

    Defendants.
_____/

Case No. 1:24-cv-735

HONORABLE PAUL L. MALONEY

## JUDGMENT

In accordance with the Order (ECF No. 53) issued on today's date:

**IT IS HEREBY ORDERED** that Judgment enters.

Dated:  July 15, 2025

    /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge